IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** § § **GRIDDY ENERGY LLC,** § § §       Debtor. § § § | | **Case No. 21-30923(MI)** |
| **RUSSELL F. NELMS, in his capacity as Plan Administrator of the Estate of GRIDDY ENERGY LLC,** § § § § §       Plaintiff, § § **v.** § § **ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.,** § § § §       Defendant, § | | **Adversary No. 22-03315** |

### PLAINTIFF'S NOTICE OF ERRATA AND FILING OF CORRECTED RESPONSE TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT AND FOR ABSTENSTION

Plaintiff Russell F. Nelms, as Plan Administrator for the Estate of Griddy Energy LLC, respectfully files this notice of errata and corrected response to Defendant Electric Reliability Council of Texas, Inc.'s motion to dismiss amended complaint and for abstention.

On page 7 of Plaintiff's original response (Dkt. 46), Plaintiff stated, "Rather, the SAC makes clear that Macquarie was selling electricity to Griddy at market rates on credit terms under a $15 million facility—this not only is money that should have gone to ERCOT, but that money would not have been anywhere near enough to satisfy the $33 million bill ERCOT sent Griddy in the wake of Winter Storm Uri." Plaintiff unintentionally omitted the word "not" between "should" and "have." Plaintiff files the attached response correcting this unintentional omission.

1

This sentence now reads: "Rather, the SAC makes clear that Macquarie was selling electricity to Griddy at market rates on credit terms under a $15 million facility—this not only is money that should *not* have gone to ERCOT, but that money would not have been anywhere near enough to satisfy the $33 million bill ERCOT sent Griddy in the wake of Winter Storm Uri." (emphasis added).

Dated: February 7, 2025

Respectfully submitted,

**SBAITI & COMPANY PLLC**

*/s/ Mazin A. Sbaiti*
Mazin A. Sbaiti
Texas Bar No. 24058096
mas@sbaitilaw.com
Kevin N. Colquitt
Texas Bar No. 24072047
knc@sbaitilaw.com
Griffin S. Rubin
Texas Bar No. 24121809
gsr@sbaitilaw.com
Dallas Arts Tower
2200 Ross Avenue, Suite 4900W
Dallas, Texas 75201
T: (214) 432-2899
F: (214) 853-4367

***COUNSEL FOR PLAINTIFF***